UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNY HWANG, on behalf of herself and all others similarly situated,<br><br>                   Plaintiffs,<br><br>        -against-<br><br>ZOLA, INC.<br><br>                   Defendant. | Case No.  1:22-cv-5723<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Forest Hills, New York
             February 3, 2023

                                        Respectfully Submitted,

                                        **/s/ Mars Khaimov**
                          By:    Mars Khaimov, Esq.
                                108-26 64th avenue, Second Floor
                                Forest Hills, New York 11375
                                Tel (929) 324-0717
                                Fax (929) 333-7774
                                Email: mars@khaimovlaw.com
                                *Attorney for Plaintiff*